FILED

08/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0588

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

RYAN PATRICK SULLIVAN,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion to supplement the record and stay the briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED that the following transcript shall be prepared and placed in the file of this Court in this cause within 30 days:

07/27/2020 – Motions Hearing (Thirteenth Judicial District Court, Yellowstone County, *State v. Sullivan*, DC 20-125)

IT IS FURTHER ORDERED that the briefing schedule is STAYED pending filing of this transcript. Within seven (7) days after the transcript is filed, Appellant shall inform the Court whether he wishes to file an amended opening brief or to file a reply brief based on

the existing briefing in this matter. Either an amended opening brief or a reply brief will be due 30 days after Appellant's notice. The State has preserved its right to object to Appellant's notice and briefing after the transcript is filed.

The Clerk shall serve a copy of this Order upon counsel for the parties, the district court, and the court reporter, Claudette Henry.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2022